IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ARVINMERITOR, INC., and DELTA ACQUISITION CORP., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 6:03CV00047 ) |
| DANA CORPORATION, | ) ) ) |
| Defendant. | ) |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The Parties, by counsel and pursuant to Federal Rule of Civil Procedure 41(a), have provided notice to the Court that all matters in controversy in this action have been resolved and, therefore, have requested a dismissal of this action, including all claims, defenses, counterclaims and other matters in controversy pled herein.

Accordingly, it hereby is ORDERED that this action, including all claims, counterclaims and other matters in controversy pled herein, is DISMISSED WITH PREJT.JDICE, with each party to bear its own costs and attorneys' fees.

The Clerk of Court is DIRECTED to strike this matter from the active docket of this Court and to return certified copies of this Order to counsel for the parties herein.

SO ORDERED this __ day of February, 2004.

The Honorable Norman K. Moon
United States District Judge

RKE# 0845231 .WPD-1, 106818-00001-01

**WE ASK FOR THIS:**

RKE# 0874481.WPD-1, 106818-00001-01

BYC~\~~

William B. Poff(VSB #03477)
James R. Creekmore (VSB # 36246)
Woods Rogers PLC
10 S. Jefferson Street, Suite 1400
P. 0. Box 14125
Roanoke, VA 24038-4125
*(540)* 983-7600
*(540)* 983-7711 (fax)

Wesley G. Howell, Jr.
Adam H. Offenhartz
Jennifer H. Rearden
Gibson, Dunn & Crutcher LLP
200 Park Avenue, $_{47}$th Floor
New York, NY 10166-0193

      Counsel for Plaintiffs


By ~ ~ ~'O1 C~unsel

Edward J. Fuhr (VSB No. 28082)
Stacy M. Colvin (VSB No. 36245)
Eric H. Feiler (VSB No. 44048)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 232 19-4074
(804) 788-8200 (telephone)
(804) 788-8361 (fax)

Paul K. Rowe
Rachelle Silverberg
Martin J. E. Anns
Wachtell, Lipton, Rosen & Katz
51 West $_{52}$nd Street
New York, New York 10019
(212) 403-1000 (telephone)

(212) 403-2000 (fax) Counsel for Defendant

RKE# 0845231 .WPD-1, 106818.00001-01         -2—